

**SPODEK LAW GROUP P.C.**
Treating you like family since 1976

**Todd A. Spodek, Esq.**
Direct Dial: (347) 292-8633
ts@spodeklawgroup.com

July 27, 2026

<u>**BY ECF**</u>:

Honorable Nicholas G. Garaufis
United States District Court
Room 1426 S
225 Cadaman Plaza East
Brooklyn, New NY 11201

   RE:  United States v. Karolina Bankowska and Erwin Bankowski
       Case No.: 26-CR-90 (NGG)
       Eastern District of New York
       <u>Unopposed Letter to Continue Sentencing</u>

Dear Judge Garaufis:

  I represent Defendant Karolina Bankowska in the above-captioned matter. I respectfully submit this letter on behalf of Ms. Bankowska and her co-defendant, Erwin Bankowski, with the consent of counsel for Mr. Bankowski.

  Sentencing is currently scheduled for **August 5, 2026, at 10:30 a.m.** However, a Presentence Investigation Report ("PSR") has not yet been prepared or disclosed. Accordingly, we respectfully request that the Court adjourn sentencing, direct the preparation of the PSR, and establish a revised schedule for disclosure of the draft PSR, submission of any objections, issuance of the final PSR, and filing of the parties' sentencing submissions.

  I have conferred with Assistant United States Attorney Sean Sherman, who has advised that the Government does not object to this request.

  Thank you for Your Honor's consideration.

Sincerely,
**Spodek Law Group P.C.**
/s/ Todd A.Spodek
Todd A. Spodek

cc:  All Counsel of Record (By ECF).